UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JEROME MULLINS,<br><br>   Petitioner,<br><br>   vs.<br><br>WARDEN ROBERT HOREL,<br><br>   Respondent.<br>_____/ | 1:07-cv-01162 AWI -TAG  (HC)<br><br>ORDER GRANTING MOTION<br>TO MODIFY BRIEFING SCHEDULE<br><br>(Doc. 12) |

On February 28, 2008, Respondent filed a motion to modify the briefing schedule to extend the time for Respondent to file a motion to dismiss Petitioner's petition for writ of habeas corpus. (Doc. 12). On February 28, 2008, Respondent also filed a motion to dismiss and lodged the documents alleged to support the motion, with the Court. (Docs. 9, 11).  The Court has considered Respondent's motion to modify the briefing schedule, finds that good cause exists to grant it, and makes the following order:

1. Respondent's motion to modify the briefing schedule is GRANTED (Doc. 12);

2. The briefing schedule (Doc. 6) is modified to extend the time for Respondent to file a motion to dismiss, to February 28, 2008;

3. Respondent's motion to dismiss and supporting documents filed on February 28, 2008 (Docs. 9, 11), are deemed timely filed; and

4. This order is made nunc pro tunc to February 28, 2008.

IT IS SO ORDERED.

Dated:   **February 29, 2008**            /s/ Theresa A. Goldner
                                       UNITED STATES MAGISTRATE JUDGE