UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JEROME MULLINS,  )  | 1:07-cv-01162-AWI-TAG HC |
| )  | |
| Petitioner,  )  | ORDER ADOPTING FINDINGS AND |
| )  | RECOMMENDATION |
| )  | (Doc. 15) |
| v.  )  | |
| )  | ORDER DISMISSING PETITION FOR WRIT |
| )  | OF HABEAS CORPUS |
| WARDEN ROBERT HOREL,  )  | (Doc. 1) |
| )  | |
| Respondent.  )  | ORDER DIRECTING CLERK OF COURT TO |
| )  | ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 28, 2008, Respondent filed a motion to dismiss the petition as successive and untimely. (Doc. 9). On August 7, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the motion to dismiss be granted and that the petition for writ of habeas corpus be DISMISSED as successive and untimely. (Doc. 15). The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the

1  Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.
2  Accordingly, IT IS HEREBY ORDERED that:
3      1. The Findings and Recommendation issued August 7, 2008 (Doc. 15), is ADOPTED IN
4      FULL;
5      2.  Respondent's motion to dismiss (Doc. 9), is GRANTED;
6      3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
7      4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the
8      file.
9      This order terminates the action in its entirety.

11  IT IS SO ORDERED.
12  **Dated:   September 11, 2008**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE